No. 993. FLORIDA EX REL. BAILEY *v.* BROCK, SHERIFF. April 1, 1946. Petition for writ of certiorari to the Supreme Court of Florida denied. *Wm. W. Flournoy* for petitioner.

No. 862. WELLS *v.* ILLINOIS. April 1, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C. § 350.

No. 852. REYNOLDS ET AL. *v.* UNITED STATES. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Samuel M. Johnston* for petitioners. *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 871. UPCHURCH PACKING CO., INC. *v.* UNITED STATES. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Joseph B. Brennan* for petitioner. *Solicitor General McGrath, Sewall Key* and *Helen R. Carloss* for the United States.

No. 884. ALASKA PACIFIC CONSOLIDATED MINING CO. *v.* WALLING, ADMINISTRATOR. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *DeWitt Williams* for petitioner. *Solicitor General McGrath, Bessie Margolin* and *Joseph M. Stone* for respondent.

No. 899. FEDERAL NATIONAL BANK *v.* CONTINENTAL SUPPLY CO. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mark Goode* for petitioner.